[Courts of Criminal Appeals] of TEXAS

81,352-01,02,03

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

ALLEN PENA
PETITIONER / plaintiff ;

V.

THE STATE of TEXAS
RESPONDENT / defendant ;

[C.C.A.] No.] [WR-81.352-01] ;
[TRIAL] COURT] CAUSE No.] [11-CR-3337-6]

[C.C.A.] No.] [WR-81.352-02] ;
[TRIAL] COURT] CAUSE No.] [11-CR-3337-6][2]
[C.C.A.] No.] [WR-81.352-03] ;
[TRIAL] COURT] [CAUSE No.] [11-CR-3337-6][3].] ;

[CLERK] ;

ALLEN PENA
T.J.C.J. No. 1790277
PETITIONER ; PRO SE
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK, TX 76367

[I. DISCUSSION] :

[A.] :
[PLEASE"-[advise"-[the"-[court"-[I need"-[the"-[Last"-
[RECENTLY"-[updated"-[orders"-[CONCERNING"-[AII]-'3]...
[C.C.A.] No.'s] / NUMBERS] -[Styled"- ABOVE...

[AND"-[SUCH]... NEEDS"-[To-[BE][RENDERED"-[To", the" petitioner"-
[with"...[any"-[WRITTEN] ORDERS] E.T.C.-[CONCERNING"-[AII] PRO SE'
[motions.

[ALso], the" plaintiff"-[needs"-[A] copy]...of the Notice of
[APPEAL]...[that"-[is"-[CONCERNING"...[C.C.A.] No.] ; [WR-81,352-02]...
[AND"-[SUCH]-[SHOULD"-[INCLUDE]-[the"-[day]...the" Notice of
[APPEAL]...SAID"-[APPELLATE] COURT]-[ENTERED"-[SUCH] Notice.

[Clerk, please"-[RENDER"...the"-[foregoing"-[REQUEST]...To"-
[the" petitioner"...IN-[A] TIMELY"-[REASONABLE] MANNER; -SO-[AS"-
[not"-[EFFECT].[the" plaintiff's' ;[SUBSTANTIAL] RIGHT]...of"-[DUE]
[PROCESS]. BECAUSE"-[SUCH]-would"-[infact]"-[REFLECT"...[AN]; [illegal]
[omission] / offense]...$ thus"-[violating"-[Constitutional] [LAW].

RETURN SERVICE REQUESTED
ENDORSE PROOF of SERVICE
EXECUTED on: ☐ 02-04-15.

ALLEN PENA 1790277
PETITIONER; PRO SE
J.V. ALLRED UNIT
2101 FM ☐ 369 N.
IOWA PARK, TEXAS 76367

_____

_____

_____

_____

_____

(17) Beginning on page 6, state *concisely* every legal ground for your claim that you are being unlawfully restrained, and then briefly summarize the facts supporting each ground. You must present each ground on the form application and a brief summary of the facts. *If your grounds and brief summary of the facts have not been presented on the form application, the Court will not consider your grounds.* If you have more than four grounds, use pages 14 and 15 of the form, which you may copy as many times as needed to give you a separate page for each ground, with each ground numbered in sequence. The recitation of the facts supporting each ground must be no longer than the two pages provided for the ground in the form.

You may include with the form a memorandum of law if you want to present legal authorities, but the Court will *not* consider grounds for relief set out in a memorandum of law that were not raised on the form. The citations and argument must be in a memorandum that complies with Texas Rule of Appellate Procedure 73 and does not exceed 15,000 words if computer-generated or 50 pages if not. If you are challenging the validity of your conviction, please include a summary of the facts pertaining to your offense and trial in your memorandum.

5

Rev. 01/14/14